UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VERONICA MADDY,

               Plaintiff,

    - against -

KEEN HOME INC.,

               Defendant.

22-cv-7686 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **February 2, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

    The conference scheduled for **January 25, 2023 at 12:30 p.m.** is canceled.

SO ORDERED.

Dated:    New York, New York
            January 19, 2023

                                        John G. Koeltl
                              United States District Judge