**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VERONICA MADDY on behalf of herself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>-against-<br><br>KEEN HOME, INC.<br><br>                      Defendant. | Docket No: 1:22-cv-07686-JGK<br><br>**NOTICE OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated:    Queens, New York
              February 6, 2023

                                                                Respectfully submitted,

                                                                /s/ *Mars Khaimov*

                                                                Mars Khaimov, Esq.
                                                                Mars Khaimov Law, PLLC
                                                                10826 64th Avenue, Second Floor
                                                                Forest Hills, New York 11375
                                                                marskhaimovlaw@gmail.com